# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL NO. 3:18-CR-238-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TREMAYNE LAMONT DRAKEFORD, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the pro se Defendant's "Motion for Discovery and Disclosure" (document # 16) filed September 27, 2018. The Court has reviewed the Motion and directs the Government to file a response within fourteen days of this Order.

The Clerk is directed to send copies of this Order to the pro se Defendant, the United States Attorney and the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 12, 2018

David S. Cayer
United States Magistrate Judge