UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-238-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **TREMAYNE DRAKEFORD**, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Reconsideration (#81), of this Court's prior Order (#79) denying defendant's motion to suppress, motion to dismiss, and motion for hearing.

Defendant's motion for reconsideration is denied for the reasons stated in the Government's response brief. (#85) Specifically, law enforcement officers in this case had reasonable suspicion to believe defendant was engaged in activities associated with the distribution of narcotics at the time of the investigative stop. There was also sufficient reasonable suspicion for law enforcement officers to believe defendant was armed at the time of the stop, justifying a <u>Terry</u> frisk. Finally, the seizure of the narcotics by law enforcement officers did not exceed the scope of the plain feel doctrine.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Reconsideration (#81) is **DENIED**.

Signed: May 16, 2019

Max O. Cogburn Jr.
United States District Judge