UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO: 3:18-CR-00238

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **TREMAYNE LAMONT DRAKEFORD,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#118). Finding good cause for dismissal and that dismissal is in the interest of justice, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Bill of Indictment Without Prejudice (#118), is **GRANTED**, and the indictment in the above-captioned matter is **DISMISSED WITHOUT PREJDUICE** as to Defendant.

Signed: April 2, 2021

Max O. Cogburn Jr.
United States District Judge